852

Commonwealth *v.* Stanko, Appellant.

Submitted March 9, 1970. *Smith B. Gephart*, Assistant Public Defender, for appellant; *Jerome T. Foerster*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Trimm, Appellant.

Submitted March 16, 1970. *Bruce S. Miller*, Assistant Public Defender, and *Peter J. Webby*, Public Defender, for appellant; *Jerry B. Chariton*, Assistant District Attorney, *Charles D. Lemmond, Jr.*, First Assistant District Attorney, and *Blythe H. Evans, Jr.*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Trowery, Appellant.

Argued March 17, 1970. *C. Barry Buckley*, for appellant; *M. Joseph Melody*, Assistant District Attorney, with him *William H. Lamb*, Assistant District Attorney, and *Norman J. Pine*, District Attorney, for Commonwealth, appellee.

Decree affirmed.